# United States District Court
для the
Easter District of California

| | |
|---|---|
| United States of America | **Waiver of Appearance** |
| | **For Status Conference** |
| v. | |
| Charles Head, *et al*. | Case Number: 2:08-cr-00116-FCD |

I, Lisa Vang, charged in an indictment pending in the Eastern District of California in violation of Title 18, U.S.C., §371 (Conspiracy to Commit Mail Fraud); Title 18, U.S.C., §1341 (Mail Fraud); and Title 18, U.S.C.,§1956 (h)( Conspiracy to Commit Money Laundering), do hereby *waive (give up)* my right to appear at the Status Conference scheduled for Monday, April 28, 2008 at 10:00 AM, in Department 2 with Judge Frank C, Damrell, Jr. presiding.

I acknowledge that I have received and reviewed a copy of the indictment and have agreed to enter a prior plea of not guilty.

_____    _____
Date                              Defendant

                                  _____
                                  Counsel for Defendant

  The Defendant's request to waive appearance at the above stated Status Conference is hereby APPROVED.

DATED: April 24, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE