Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
LISA VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 08-116 FCD |
| | ) | |
| Plaintiff, | ) | WAIVER OF DEFENDANT |
| | ) | LISA VANG'S PERSONAL |
| v. | ) | APPEARANCE AT |
| | ) | ARRAIGNMENT ON THE |
| LISA VANG, *et al.*, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Pursuant to Federal Rules of Criminal Procedure, Rule 10(b), I, Lisa Vang, hereby waive my personal appearance at the arraignment on the Superseding Indictment in this case to be held on Friday, March 5, 2010 before the Honorable Edmund F., Brennan.

      I hereby acknowledge and understand that I have the absolute right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-reference Superseding Indictment.  I further understand that absent the present waiver of appearance, I must appear before this Court as directed.

      I affirm that I have received a copy of the Superseding Indictment and that I voluntarily, knowingly, and intentionally waive a formal reading of the Superseding Indictment in open court, and I hereby enter a plea of not guilty to all counts and demand a jury trial.

      I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court

ready for the trial confirmation hearing, jury selection, and jury trial at any day and hour the Court may fix in my absence.

I further acknowledge that I have been fully informed of all my legal rights under Title 18 U.S.C. §§ 3161-3174 (the Speedy Trial Act) and authorize my attorney to set times and delays under the Speedy Trial Act without my being present.

DATED: March 3, 2010   I consent to the above waiver of appearance.

/s/ Lisa Vang, Defendant

DATED: March 3, 2010   I agree to the above waiver of appearance.

/s/ Tim Warriner, Attorney for Lisa Vang

DATED: March 3, 2010   I approve the above waiver of appearance.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2