Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Lisa Vang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-cr-00116 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE |
| v. | |
| LISA VANG, | |
| Defendant. | |

**STIPULATION**

Defendant Lisa Vang, through her counsel of record, Timothy E. Warriner, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate to the following modification of the terms of Lisa Vang's pretrial release:

>Ms. Vang shall be permitted to travel to Mexico and return to the United States from October 1 through 8, 2014. Ms. Vang will check-in with her pretrial officer upon her return from Mexico.

Ms. Vang's pretrial service officer has been contacted concerning the proposed modification and has no objection to it.

1

IT IS SO STIPULATED.

DATED:     September 15, 2014

/s/ Michael Anderson_____
Assistant United States Attorney

DATED:     September 15, 2014

/s/ Timothy E. Warriner
Counsel for Defendant
Lisa Vang

**O R D E R**

IT IS SO ORDERED

Dated:  September 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2