Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Lisa Vang

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  08-cr-00116 KJM |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PROBATION |
| v. | |
| LISA VANG, | |
| Defendant, | |

The Court placed Ms. Vang on probation for three years beginning December 18, 2014. She is being supervised in the Central District of California. The following modifications to her probationary conditions are requested:

Modification One – Travel to the Southern District of California and Eastern District of Washington

Standard condition of supervision #1 provides that "the defendant shall not leave the judicial district without permission of the court or probation officer." Ms. Vang resides in the Central District of California. However, her boyfriend/fiancé resides in the Southern District of California, and her parents and other immediate family members reside in Spokane, Washington, which is in the Eastern District of Washington. Thus, it is requested that the court make the following modification to Ms. Vang's conditions of probation:

Ms. Vang shall be permitted to travel to the Southern District of California and the Eastern District of Washington.

Modification Two – Striking of Drug Terms

Ms. Vang was drug tested during her period of pretrial release beginning in 2008. There is no indication in the probation report that she has a substance abuse problem that requires monitoring or treatment. It is requested that special conditions #s 6, 7, and 8, be stricken as there is no need for her to address substance abuse issues.

Counsel for the government and the defendant hereby stipulate and agree that the court may order the above referenced modifications to the conditions of probation.

DATED:       January 12, 2015

/s/ Matthew Morris_____
Assistant United States Attorney

DATED:       January 12, 2015

/s/ Timothy E. Warriner
Counsel for Defendant
Lisa Vang

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE