# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Lisa Vang                                **Docket Number:**   0972 2:08CR00116

**Name of Judicial Officer**:   United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**   12/18/2014

**Original Offense:** 18 U.S.C. § 4 - Misprision of a Felony (Class E Felony)

**Original Sentence:** 36 months Probation; $100 special assessment; Mandatory drug testing; No firearm; DNA collection

**Special Conditions:**

1. Warrantless Search
2. No Dissipation of Assets
3. Financial Disclosure
4. Financial Restrictions
5. Apply All Monies
6. Drug/Alcohol Treatment
7. Drug/Alcohol Testing
8. Aftercare Co-payment

**Type of Supervision:**   Probation

**Date Supervision Commenced:**   12/18/2014

**Other Court Actions:**

**01/15/2015**:   Stipulation and Order Modifying Conditions of Probation.  Standard Condition Number 1 modified to permit the offender to travel to the Southern District of California and the Eastern District of Washington.  Special Condition Number 6, 7, and 8 removed, as the offender has no substance abuse issues.

**02/24/2015**:   Judgment amended on Direct Motion to District Court Pursuant to Modification of Restitution Order.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> Lisa Vang shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The offender shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision.
>
> As directed by the Probation Officer, Lisa Vang shall pay all or part of the costs of treating the offender's drug dependency/alcohol dependency to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The offender shall provide payment and proof of payment as directed by the Probation Officer.

**Justification:** The offender is being supervised in the Central District of California. On August 18, 2015, she provided a urine sample for testing pursuant to her mandatory condition that she submit to no more than four mandatory drug tests. The test taken was found to be positive for cocaine. The offender admitted that she used cocaine on or about August 12, 2015.

The probation officer in the Central District of California is recommending that the offender's conditions of supervision be modified to include the above-noted condition. The offender has agreed to the modification and has waived her right to a hearing as evidenced by her signature on the attached Waiver of Hearing form. In addition, the Central District probation office is requesting that jurisdiction be transferred.

Respectfully submitted,

**/s/ Glenn P. Simon**

**Glenn P. Simon**
**Senior United States Probation Officer**
Telephone: (916) 930-4306

**DATED:** 9/16/2015

Reviewed by,

**/s/ Glenn P. Simon for**

**George W. Vidales**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  September 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Michael Anderson

Defense Counsel: Timothy Warriner